IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIFFANY COOK et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:20-cv-00933-P |
| | § | |
| METROPOLITAN AREA EMS AUTHORITY d/b/a MedStar Mobile Healthcare, | § § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order dismissing this case (ECF No. 8):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED without prejudice**.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **8th day** of **September, 2020**.

*[signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE