UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| TIFFANY COOK, | § | |
| MATTHEW BOATRIGHT, and | § | |
| AMBER BRANHAM, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-CV-00933-P |
| | § | |
| METROPOLITAN AREA EMS | § | |
| AUTHORITY d/b/a MEDSTAR | § | |
| MOBILE HEALTHCARE, | § | |
| | § | |
| *Defendant.* | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

Pursuant to Northern District of Texas Local Rule 7.4, Defendant Metropolitan Area EMS Authority d/b/a MedStar Mobile Healthcare ("Defendant") submits the following list of persons who, upon information and belief, have a financial interest in the outcome of above-captioned action:

1. Plaintiffs Tiffany Cook, Matthew Boatright, and Amber Branham; and

2. Defendant Metropolitan Area EMS Authority d/b/a MedStar Mobile Healthcare.

        Respectfully submitted,

        /s/ *James T. McBride*
        James T. McBride
        Texas Bar No. 24098061
        James.mcbride@ogletree.com
        Victoria L. Vish
        Texas Bar No. 24089850
        victoria.vish@ogletree.com
        OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
        8117 Preston Road, Suite 500
        Dallas, Texas 75225
        214-987-3800
        214-987-3927 (Fax)

        **ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

       This is to certify that on October 9, 2020, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system of filing, which will transmit a Notice of Electronic Filing to all counsel of record.

        */s/ James T. McBride*
        James T. McBride

        29873302.1