IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **TIFFANY COOK ET AL.,** § | |
| § | |
|   Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00933-P |
| § | |
| **METROPOLITAN AREA EMS** § | |
| **AUTHORITY D/B/A MEDSTAR** § | |
| **MOBILE HEALTHCARE,** § | |
| § | |
|   Defendant. § | |

# FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with the order granting the parties' Joint Motion to Dismiss with Prejudice:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

It is further **ORDERED, ADJUDGED, and DECREED** that all costs and expenses are taxed against the party incurring the same.

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **14th day** of **April, 2021**.

Mark T. Pittman
UNITED STATES DISTRICT JUDGE